

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**STEVEN T. MYGRANT, OSB #031293**
Assistant United States Attorney
Steven.Mygrant@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

'19 -MC- 881

| | |
|---|---|
| In the Matter of the Search of<br><br>**14856 Southeast Spanish Bay Drive, Happy Valley, Oregon, as further described in Attachment A** | **MOTION TO SEAL SEARCH WARRANT AND RELATED MATERIALS**<br><br>**UNDER SEAL** |

The United States of America moves the Court for an order sealing the Application for Search Warrant, the supporting Affidavit and attachments, the Search Warrant, the return, this motion, and the resulting order because, as referenced in the Affidavit supporting the Search Warrant, disclosure of the search warrant documents at this time may result in flight from prosecution, the destruction of or tampering with evidence, intimidation of potential witnesses, and/or otherwise seriously jeopardize an investigation.

WHEREFORE, the government requests that this Motion, the Order, and the Application and Affidavit for Search Warrant for the property described herein, be filed under seal, except for a copy to the Affiant and investigating agency for their investigative needs.

The government further requests that the government be authorized to provide copies of the Application for Search Warrant, the supporting Affidavit and attachments, the Search Warrant, the return and any further pleadings to attorneys for any defendants in this case as part of its discovery obligations.

Dated: October ____, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_____
STEVEN T. MYGRANT, OSB #031293
Assistant United States Attorney