UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

'19 -MC- 881

In the Matter of the Search of

14856 Southeast Spanish Bay Drive, Happy Valley, Oregon, as further described in Attachment A

ORDER TO SEAL SEARCH WARRANT AND RELATED MATERIALS

UNDER SEAL

Based on the Motion of the government, the Court finds that an ongoing criminal investigation may be seriously jeopardized by public disclosure at this time of the search warrant-related documents associated with the above-referenced search.

IT IS ORDERED that the Application for Search Warrant, the supporting affidavit and attachments, the Search Warrant and attachments, the Return, this Order, the underlying Motion to Seal, and any further pleadings filed in this matter are SEALED until further order of this Court, except that the government may furnish copies of each document to the affiant and the affiant's investigative agency for their investigative needs.

////

////

IT IS FURTHER ORDERED that the government is authorized to provide copies of the Application for Search Warrant, the supporting Affidavit and attachments, the Search Warrant, the return and any further pleadings to attorneys for any defendants in this case as part of its discovery obligations.

Dated: October 21, 2019

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
STEVEN T. MYGRANT, OSB #031293
Assistant United States Attorney