BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**STEVEN T. MYGRANT, OSB #031293**
Assistant United States Attorney
Steven.Mygrant@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

FILED 23 OCT '19 9:22 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In the Matter of the Search of<br><br>**14856 Southeast Spanish Bay Drive, Happy Valley, Oregon** | **19-MC-881**<br><br>**GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT AND RELATED MATERIALS** |

The United States of America hereby moves this Court for an order unsealing the Search Warrant, Application, Affidavit, Return, and all other filings in this case for the reason that the defendant named in the Indictment filed in connection with this matter has been arrested and there is no longer any need to maintain the secrecy of the information contained in the search warrant and the related documents.

Dated: October 23, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Steven T. Mygrant*
STEVEN T. MYGRANT, OSB #031293
Assistant United States Attorney