UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| In the Matter of the Search of | 19-MC-881 |
| 14856 Southeast Spanish Bay Drive, Happy Valley, Oregon | ORDER TO UNSEAL SEARCH WARRANT AND RELATED MATERIALS |

Upon the motion of the government,

IT IS HEREBY ORDERED that the Clerk unseal the Search Warrant issued in this matter, together with the Application for said Search Warrant, Affidavit, return, and all other filings in this case.

Dated: October 23, 2019

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

s/ Steven T. Mygrant
STEVEN T. MYGRANT, OSB #031293
Assistant United States Attorney